**STATE of Missouri, Respondent,**

v.

**Mario VARGAS, Appellant.**

**No. WD 38193.**

Missouri Court of Appeals, Western District.

Dec. 23, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 3, 1987.

Application to Transfer Denied April 14, 1987.

Lloyd Koelker, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Kansas City, for respondent.

Before SHANGLER, P.J., and MANFORD and BERREY, JJ.

## ORDER

PER CURIAM:

Direct appeal from a jury conviction for forcible rape, in violation of § 566.030.1, RSMo Supp.1984, forcible sodomy, in violation of § 566.060.1, RSMo Supp.1984, kidnapping, in violation of § 565.110, RSMo

1978, and assault, first degree, in violation of § 565.050, RSMo Supp.1984.

Judgment affirmed. Rule 30.25(b).